

# NUMBER 13-24-00650-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ROSS WYATT ANDERSON

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Peña**
**Memorandum Opinion by Justice Silva[1]**

By petition for writ of mandamus, relator Ross Wyatt Anderson asserted that the trial court abused its discretion by rendering an "Order for Writ of Attachment." Relator assailed this order by four issues concerning notice and service of process. However, relator has now filed a "Motion for Non-Suit" regarding this original proceeding. He requests that we "enter a non-suit," "without prejudice to refile same with costs of suit

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

taxed against [him]." We construe relator's motion for nonsuit as a motion to dismiss and proceed accordingly.

The Court, having examined and fully considered the petition for writ of mandamus, relator's motion, and the applicable law, is of the opinion that this original proceeding should be dismissed. Accordingly, having previously abated this case, we now reinstate it. We lift the stay order that we previously imposed regarding the "Order for Writ of Attachment." *See* TEX. R. APP. P. 52.10 ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We grant relator's motion, and we dismiss the petition for writ of mandamus without prejudice. Costs will be taxed against relator.

CLARISSA SILVA
Justice

Delivered and filed on the
13th day of March, 2025.

2